ZIEVE, BRODNAX & STEELE, LLP
Leslie M. Klott, Esq. #279622
Erin M. McCartney, Esq. #308803
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:       (714) 848-7920
Facsimile:   (714) 908-7807
Email:       bankruptcy@zbslaw.com

Counsel for Movant.

**The following constitutes the order of the court.
Signed March 22, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Anthony Lydell Bennett,<br><br>   Debtor.<br>_____<br>Flagstar Bank, FSB, its assignees and/or successors in interest,<br><br>             Movant,<br>vs.<br><br>Anthony Lydell Bennett, Debtor;<br>Martha G. Bronitsky, Trustee,<br><br>             Respondents. | BK. No. 14-41764<br><br>RS No. BHT-62208<br><br>Chapter 13<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing:**<br>Date: January 7, 2015<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>         Courtroom 220<br>         1300 Clay Street<br>         Oakland, CA 94612 |

The Court having considered the Stipulated Order Granting Adequate Protection ("Order") entered by the Court on December 29, 2014 under Docket No. 39; the Declaration of Jamie Garcia Re: Non-Cure of Breach of Order Granting Adequate Protection filed on March 17, 2017 under Docket No. 81; the exhibits thereto and all other pleadings filed in this case, the Court hereby makes its Order as follows:

1

The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

**IT IS HEREBY ORDERED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately for all purposes as to Movant's interest in the subject property generally described as **2440 Montecito Court, Antioch, California 94531** and specifically described in Document no. 2009-0124731-00, recorded June 1, 2009, Contra Costa County, California. Movant may proceed with a foreclosure sale of the subject property in accordance with applicable state law. Movant may thereafter take any action allowed by state law to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED** that with respect to the Debtor and the Chapter 13 Trustee, the Automatic Stay in this case is vacated effective immediately regarding Movant's interest in the subject property described above.

**IT IS FURTHER ORDERED** that Movant be permitted to offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**IT IS FURTHER ORDERED** that the 14 day stay set forth in FRBP 4001 (a)(3) is waived.

**END OF ORDER**

COURT SERVICE LIST

3